UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANGIE ESPINAL,

                Plaintiff(s)

                                                                        24 civ 5946 (JGK)

        -against-

SAALT, LLC,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for December 10, 2024, at 3:00pm, is canceled.

**SO ORDERED.**

                                                                    **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 4, 2024