```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  FRANGIE ESPINAL,

                                        Plaintiff,

              -against-

  SAALT, LLC,

                                        Defendant.
-----------------------------------------------------------------X
```

**ORDER ADJOURNING TELEPHONE CONFERENCE**

24-CV-5946 (JGK)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Voluntary Dismissal filed on December 24, 2024 (ECF No. 19) the Pre-settlement Telephone Conference currently scheduled for **January 15, 2025** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: December 26, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge